# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of CONCRETE SOLUTIONS, INC., <br><br>            Plaintiff(s), <br><br>v. <br><br>BENCHMARK CONTRACTING, INC., et al., <br><br>            Defendant(s). | 2:12-CV-736 JCM (CWH) |

**ORDER**

Presently before the court is defendant Liberty Mutual Insurance Co.'s motion for leave file a motion for summary judgment. (Doc. # 23). Plaintiffs have not filed a response.

Defendant seeks to file a motion for summary judgment to dispose of all of plaintiffs' claims. Defendant states that two depositions were taken within forty-eight hours of the discovery deadline that conclusively support summary judgment this matter.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Liberty Mutual Insurance Co.'s  motion for leave to file a motion for summary judgment (doc. # 23) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Defendant Liberty Mutual Insurance Co. shall have fourteen days following the entry of this
2  order to file a motion for summary judgment in this case.
3  DATED March 31, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -